UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:26-cv-20653-GAYLES

MICHEL URRA DORTA,

     Petitioner,

v.

MATTHEW MORDANT, WARDEN OF
FLORIDA SOFT SIDE DETENTION
FACILITY, et al.,

     Respondents.

                                         /

**ORDER**

     **THIS CAUSE** comes before the Court upon Respondents' Unopposed Motion to Transfer Action (the "Motion"). [ECF No. 6]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

     **ORDERED AND ADJUDGED** that this action is **TRANSFERRED** to the Middle District of Florida. This case is **CLOSED** for administrative purposes.

     **DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of February, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE